IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS NURSES ASS'N,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NURSES UNITED, AFL-CIO,<br><br>Defendant. | Case No. 1:15-cv-11804-WGY |

**CERTIFICATION IN ACCORDANCE WITH LOCAL RULE 16.1(d)(3)(a)-(b)**

I, Michael Anderson, the undersigned counsel of record for the Defendant National Nurses United AFL-CIO, do certify that:

1. I am the duly authorized representative and attorney of the Defendant.

2. On October 14, 2015, I conferred with opposing counsel for the Plaintiff Massachusetts Nurses Ass'n.

3. My client and I have considered the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

4. I have conferred with my client with a view toward establishing a budget for the costs of conducting the full course and various alternative courses of the litigation.

October 14, 2015

/s/ Michael T. Anderson
Michael T. Anderson (BBO #645533)
MURPHY ANDERSON PLLC
111 Devonshire Street, 5th Floor
Boston, MA 02019
617.227-5720 (t)
617.227.5767 (f)
manderson@murphypllc.com

Attorney for Defendant National Nurses United

So certified:

October 14, 2015

Pam Allen
National Nurses United Legal Department

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing document via the Court's ECF system on the following:

James F. Lamond
McDonald Lamond Canzoneri
352 Turnpike Road, Suite 310
Southborough, MA -1772-1756

Dated: October 14, 2015           /s/ Michael T. Anderson