UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS NURSES ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NURSES UNITED, AFL-CIO<br><br>Defendant | Civil Action No. 15-11804 |

**CERTIFICATION IN ACCORDANCE WITH LOCAL RULE 16.1(d)(3)(a)-(b)**

I, James F. Lamond, the undersigned counsel of record for the Plaintiff, Massachusetts Nurses Association, do certify that:

1. I am the duly authorized representative and attorney of the Plaintiff.

2. On October 14, 2015, I conferred with opposing counsel for the Defendant National Nurses United, AFL-CIO.

3. My client and I have considered the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

4. I have conferred with my client with a view toward establishing a budget for the costs of conducting the full course and various alternative

courses of the litigation.

> For the plaintiff, Massachusetts
> Nurses Association,
>
> By its attorneys,
>
> /s/ James F. Lamond
> James F. Lamond, BBO #544817
> McDonald Lamond Canzoneri
> 352 Turnpike Road, Suite 310
> Southborough, MA 01772-1756
> 508-485-6600
> jlamond@masslaborlawyers.com
>
> Date: October 15, 2015

So certified:

> MNA Representative:
>
> Julie B. Pinkham, Executive Director

## CERTIFICATE OF SERVICE

I, James F. Lamond, hereby certify that I have this day by the Electronic Case File system) served a copy of the foregoing Certification In Accordance With Local Rule 16.1(d)(3)(a)-(b) upon Michael T. Anderson, (manderson@murphypllc.com) Murphy Anderson PLLC 111 Devonshire St. 5th Floor, Boston, Massachusetts 02109.

Dated: October 15, 2015            /s/ James F. Lamond
                                   James F. Lamond

2