IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS NURSES ASS'N,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL NURSES UNITED, AFL-CIO,<br><br>　　　　　Defendant. | Case No. 1:15-cv-11804-WGY |

**JOINT CONSENT TO SUBMIT CASE ON STIPULATED RECORD**

The parties stipulate that the Court may treat the pending cross-motions for summary judgment [Docs. 25-40] and the record there attached as a stipulated record for bench decision. The parties agree that in resolving the cross-motions for summary judgment, the Court may resolve any disputed factual issues as though the matter were submitted at a bench trial. *See South Kingstown School Committee v. Joanna S.*, 773 F.3d 344, 349 n.2 (1st Cir. 2014); *Federacion de Empleados del Tribunal General de Justicia v. Torres*, 747 F.2d 35, 36 (1st Cir. 1984).

November 30, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s James F. Lamond
　　　　　　　　　　　　　　　　James F. Lamond
　　　　　　　　　　　　　　　　McDonald Lamond Canzoneri
　　　　　　　　　　　　　　　　352 Turnpike Road, Suite 310
　　　　　　　　　　　　　　　　Southborough, MA 01772-1756
　　　　　　　　　　　　　　　　(508) 485-6600
　　　　　　　　　　　　　　　　jlamond@masslaborlawyers.com
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Massachusetts Nurses Ass'n

/s/ Michael T. Anderson
Michael T. Anderson (BBO #645533)
MURPHY ANDERSON PLLC
111 Devonshire Street, 5th Floor
Boston, MA 02019
617.227-5720 (t)
617.227.5767 (f)
manderson@murphypllc.com

Attorneys for Defendant National Nurses United


CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing document

via the Court's ECF system on the following:

James F. Lamond
McDonald Lamond Canzoneri
352 Turnpike Road, Suite 310
Southborough, MA -1772-1756


Dated: November 30, 2015                             /s/ Michael T. Anderson